UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20429-CR-GRAHAM

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

MAGISTRATE JUDGE
GARBER

UNITED STATES OF AMERICA

vs.

DAVID SMITH,
a/k/a "Louis Thermitus,"

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 16, 2002, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAVID SMITH,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a Glock .40 caliber handgun and approximately 23 rounds of .40 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about May 16, 2002, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAVID SMITH,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, that is,

approximately 50 rounds of .40 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendant has an interest, pursuant to the provisions of Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1), and the procedures outlined at Title 21, United States Code, Section 853.

2. Upon the conviction of any violation of Title 18, United States Code, Section 922(g)(1), the defendant shall forfeit to the United States any firearm or ammunition involved in or used in the commission of said violation.

3. The property subject to forfeiture includes but is not limited to:

   a) a Glock .40 caliber handgun, and

   b) approximately 73 rounds of .40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
CAMERON ELLIOT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20429-CR-GRAHAM
MAGISTRATE JUDGE GARBER

UNITED STATES OF AMERICA

v.
DAVID SMITH,
a/k/a "Louis Thermitus,"
_____Defendant_____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami        ___ Key West
___ FTL          ___ WPB  ___ FTP

New Defendant(s)            Yes ___   No ___
Number of New Defendants         ___
Total number of counts           ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_         Petty       ___
   II   6 to 10 days      ___         Minor       ___
   III  11 to 20 days     ___         Misdem.     ___
   IV   21 to 60 days     ___         Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
CAMERON ELLIOT
ASSISTANT UNITED STATES ATTORNEY
Florida Court No. A5500606

*Penalty Sheet(s) attached                                           REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**03-20429  CR-GRAHAM**

Defendant's Name: DAVID SMITH

MAGISTRATE JUDGE
GARBER

Count #: 1

Title 18, United States Code, Section 922(g)(1)

FELON IN POSSESSION OF FIREARM

*Max. Penalty: 10 Years Imprisonment

Count #: 2

Title 18, United States Code, Section 922(g)(1)

FELON IN POSSESSION OF AMMUNITION

*Max. Penalty: 10 Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

Federal Grand Jury
Indictment Number
0203-MCN-453

FORM DBD-34
JUN. 85

No. 03-204[illegible] CR-GRAHAM

# UNITED STATES DISTRICT COURT

Southern District of Florida

MAGISTRATE JUD
GARBER

Division

## THE UNITED STATES OF AMERICA

vs.

DAVID SMITH, a/k/a "Louis Thermitus"

# INDICTMENT

IN VIOLATION OF: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

A true bill.

FGJ 02-03(MIA)

[signature] Foreman

Filed in open court this 29 day,

of May A.D. 2003

[signature] Clerk

Bail, $

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAVID SMITH,
a/k/a "Louis Thermitus,"

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: 03-20429 CR-GRAHAM

MAGISTRATE JUDGE GARBER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DAVID SMITH___
                                           Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
Felon in possession of a firearm;

FILED ___ D.C.
MAG SEC.
MAY 29 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

Clarence Maddox
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

05/29/03, Miami, FL
Date and Location

JOHN J. O'SULLIVAN

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

## BOND RECOMMENDATION

DEFENDANT __DAVID SMITH, a/k/a "Louis Thermitus"__

$ __P.T.D.__     ( Personal Surety, Recognizance, Corp. Surety, Cash) (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

_____
CAMERON ELLIOT
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent:     S/A Kevin Bonikowski, ATF
(FBI)(DEA)(IRS)(CUSTOMS)(INS)(OTHER)