U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

UNITED STATES OF AMERICA

v.

David Smith, DOB 12-18-1982
a/k/a "Louis Thermitus"

NO. 03-20429-Cr-Graham
JAIL #02-88812

### PETITION OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An Indictment is pending in this Court against David Smith in the above styled case, and it is set for ARRAIGNMENT as to the defendant on June 18, 2003 at U.S. Federal Courthouse, 300 N.E. First Avenue, Miami, Florida 33132

2. The defendant is now confined in the Miami Dade County Jail at Maimi, Florida

3. It is necessary to have the defendant before this Court for ARRAIGNMENT as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for ARRAIGNMENT and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

Marcos D. Jimenez
UNITED STATES ATTORNEY

By: _____
CAMERON ELLIOT
Assistant United States Attorney

cc: U.S. Attorney (AUSA Cameron Elliot )