AO 442 (Rev. 5/93) Warrant for Arrest

ATF 760266

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

RECEIVED
UNITED STATES MARSHAL
2003 MAY 30 PM :00
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAVID SMITH,
a/k/a "Louis Thermitus,"
Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: 03-20429-CR-GRAHAM

MAGISTRATE JUDGE GARBER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID SMITH _____
                                                                Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)
Felon in possession of a firearm;

03 JUN 23

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Clarence Maddox                              Court Administrator/Clerk of the Court
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                05/29/03, Miami, FL
Signature of Issuing Officer                 Date and Location

                                             JOHN J. O'SULLIVAN

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Miami, FL |

| DATE RECEIVED 5-30-03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-18-03 | CHRISTINA PHARO, USM, SFL | BY: PETE CASIGALI, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.

## BOND RECOMMENDATION

DEFENDANT   DAVID SMITH, a/k/a "Louis Thermitus"

$ P.T.D.                    ( Personal Surety, Recognizance, Corp. Surety, Cash) (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

_____
CAMERON ELLIOT
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:      _____

What Facility:                _____

Agent:                         S/A Kevin Bonikowski, ATF
                                   (FBI)(DEA)(IRS)(CUSTOMS)(INS)(OTHER)