UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-20429-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,

vs.

**DAVID SMITH**

     Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 63257-004

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge STEPHEN T. BROWN**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:  Address: In Custody

     Tel. No:

Defense Counsel: Name : KENNETH WHITE, CJA

     Address: 2400 S. DIXIE HIGHWAY, #105

        MIAMI, FL 33133

     Tel. No: 305- 854-8393

Bond Set/Continued: $40K 10% Nebbia + $100K PSB

Dated this 23RD day of JUNE, 2003.

CLARENCE MADDOX, CLERK

BY STEPHANIE LEE
  Deputy Clerk

c:Clerk for Judge
 U.S. Attorney
 Defense Counsel

TAPE NO. 03D-43-3200

DIGITAL START NO. _____