UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20429-CR-Graham/Garber

UNITED STATES OF AMERICA,

v.

DAVID SMITH, a/k/a "Louis Thermitus",

Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court by Order of Reference from United States District Judge Donald L. Graham/. Pursuant to such reference the Court has received the defendant David Smith's Motion to Suppress Physical Evidence and the government's response in opposition. A hearing was held on said motion on August 5th, 2003 with the defendant and counsel for the parties present. With the consent of the parties the Court dictated its Report and Recommendation into the record.

## CONCLUSION AND RECOMMENDATION

For the reasons set forth in the transcript of the hearing on the Motion to Suppress Evidence, a copy of which is provided herewith, the undersigned respectfully

RECOMMENDS that the defendant's Motion to Suppress Evidence be DENIED.

The parties have ten (10) days from the date of the hearing held on August 5th, 2003 within which to file written objections, if any, with United States District Judge Donald L. Graham. See 28 U.S.C. §636 (1991). Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).



RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 7th day of August, 2003.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
Kenneth White, Esq.
  2400 S. Dixie Highway, Suite 105
  Miami, FL 33133
  FAX: (305) 858-7299

Cameron Elliot, Assistant United States Attorney