UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 03-20429-CR-Graham
Magistrate Judge Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID SMITH,
aka "Louis Thermitus",
    Defendant.
_____/



## DEFENDANT'S POSITION WITH REGARDS TO SENTENCING FACTORS

    COMES NOW the defendant, by and through his undersigned attorney, pursuant to the Local Rules and 6A1.2(a) of the Sentencing Guidelines and files this his position with regards to the Sentencing Guidelines.

    1. The Pre-Sentence Investigation has computed an additional two (2) levels under USSG 2K2.1 indicating that the gun was stolen. The government has stipulated in the plea agreement and during the change of plea before Judge Johnson on August 25, 2003 that the Base Level Offense Level was a level 20 and after the three level drop for acceptance-the defendant's offense level would be a level seventeen.

Kenneth White, Esq. 2400 South Dixie Highway, Suite 105, Miami, Florida 33133
Telephone (305) 854-8393 - Facsimile (305) 858-7299

Respectfully Submitted:

_____
Kenneth White, Esq
2400 S. Dixie Hghway
Suite 105
Miami, Florida 33133
305-854-8393

I hereby certify that the preceding document was forwarded to the following parties this _____ day of _____, 2003.

US Probation
Att: Ricardo Garcia
300 NE First Avenue
Miami, Florida 33168

Cameron Elliot AUSA
99 NE 4th Street
Miami, Florida 33128

_____
Kenneth White, Esq.