UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 03-20429-CR-Graham
Magistrate Judge Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID SMITH,
aka "Louis Thermitus",
    Defendant.
_____/

### DEFENDANT'S REQUEST FOR CONCURRENT TIME ON UNRESOLVED STATE CASE

COMES NOW the defendant, by and through his undersigned attorney, pursuant to the Local Rules and <u>United States v. Andrews</u>, 330 F.3d 1305 (11th Cir. 2003) and files this request that the Court sentence the defendant concurrently with his open case pending in the Circuit Court in and for Dade County as Case #03-24872C. Also see <u>United States v. Ballard</u> 6 F.3d 1502 (11th Cir. 1993)

Respectfully Submitted:

_____
Kenneth White, Esq
2400 S. Dixie Hghway
Suite 105
Miami, Florida 33133
305-854-8393

I hereby certify that the preceding document was forwarded to the following parties this _11_ day of _December_, 2003.

US Probation
Att: Ricardo Garcia
300 NE First Avenue
Miami, Florida 33168

Cameron Elliot AUSA
99 NE 4th Street
Miami, Florida 33128

_____
Kenneth White, Esq.